**FORM 5**

## UNITED STATES COURT OF INTERNATIONAL TRADE

### INFORMATION STATEMENT
*(Place an "X" in applicable* [ ]*)*

| | |
|---|---|
| **PLAINTIFFS:**<br>NBCUniversal Media, LLC<br>**ATTORNEY**:<br>T. James Min II<br>LMD TRADE LAW PLLC<br><br>1629 K Street NW<br>Suite 300<br>Washington, DC 20006<br>(202) 935-2036<br>james.min@lmdtradelaw.com | **COURT NO.:** 26-02879 |

---

**CONSTITUTIONAL ISSUE - 28 U.S.C. § 255**

**If this action raises an issue of the constitutionality of an Act of Congress, a proclamation of the President or an Executive order, check this box: [X]**

**J U R I S D I C T I O N**

---

**28 U.S.C. § 1581(a) - Tariff Act of 1930, Section 515 - 19 U.S.C. § 1515**

[ ] Appraisal          [ ] Classification          [ ] Charges or Exactions          [ ] Vessel Repairs
[ ] Exclusion          [ ] Liquidation          [ ] Drawback
[ ] Refusal to Reliquidate          [ ] Rate of Duty          [ ] Redelivery

---

**28 U.S.C. § 1581(b) - Tariff Act of 1930, Section 516 - 19 U.S.C. § 1516**

[ ] Appraisal          [ ] Classification          [ ] Rate of Duty

---

**28 U.S.C. § 1581(c) - Tariff Act of 1930, Section 516A(a)(1), (a)(2) or (a)(3) - 19 U.S.C. § 1516a or Section 517(g) – 19 U.S.C. §1517**

*(Provide a brief description of the administrative determination you are contesting, including any relevant **Federal Register** or **Administrative Determination** citation(s) and the product(s) involved in the determination. For Section 516A(a)(1) or (a)(2), cite the specific subparagraph and clause of the section.)*

Subparagraph and Clause:                              Agency:

*Federal Register or Administrative Determination* Cite(s):
Product(s):

---

**28 U.S.C. § 1581(d) - Trade Act of 1974 - 19 U.S.C. §§2273, 2341, 2401b**

[ ] U.S. Secretary of Labor          [ ] U.S. Secretary of Commerce          [ ] U.S. Secretary of Agriculture

---

**28 U.S.C. § 1581(e) - Trade Agreements Act of 1979, Section 305(b)(1) - 19 U.S.C. § 2515**
*(Provide a brief statement of the final determination to be reviewed.)*

---

**28 U.S.C. § 1581(f) - Tariff Act of 1930, Section 777(c) (2) - 19 U.S.C. § 1677f(c)(2)**
Agency: [ ] U.S. International Trade Commission          [ ] Administering Authority

---

**28 U.S.C. § 1581(g) – Tariff Act of 1930, Section 641 - 19 U.S.C. § 1641 - or Section 499 - 19 U.S.C. § 1499**
[ ] Sec. 641(b)(2)          [ ] Sec. 641(b)(3)          [ ] Sec. 641(c)(1)          [ ] Sec. 641(b)(5)
[ ] Sec. 641(c)(2)          [ ] Sec. 641(d)(2)(B)          [ ] Sec. 499(b)

---

**J U R I S D I C T I O N**
(Continued)

---

**28 U.S.C. § 1581(h) - Ruling relating to:**

| | | |
|---|---|---|
| [ ] Classification | [ ] Valuation | [ ] Restricted Merchandise |
| [ ] Rate of Duty | [ ] Marking | [ ] Entry Requirements |
| [ ] Drawbacks | [ ] Vessel Repairs | [ ] Other: |

---

**28 U.S.C. § 1581(i)** – (*Cite any applicable statute and provide a brief statement describing jurisdictional basis.*)

The Court has jurisdiction under 28 U.S.C. § 1581(i). *See V.O.S. Selections, Inc. v. Trump*, 149 F.4th 1312, 1334 (Fed. Cir. 2025), affirmed, *Learning Resources, Et Al. v. Trump*, Nos. 24-1267 and 25-250, 607 U.S. ___ (2026).

---

**28 U.S.C. § 1582 - Actions Commenced by the United States**

[ ] (1) Recover civil penalty under Tariff Act of 1930:

| | | |
|---|---|---|
| [ ] Sec. 592 | [ ] Sec. 593A | [ ] Sec. 641(b)(6) |
| [ ] Sec 641(d)(2)(A) | [ ] Sec. 704(i)(2) | [ ] Sec. 734(i)(2) |

[ ] (2)  Recover upon a bond
[ ] (3)  Recover customs duties

---

**R E L A T E D   C A S E ( S )**

To your knowledge, does this action involve a common question of law or fact with any other action(s) previously decided or now pending? Yes.

| | PLAINTIFFS | COURT NUMBER | JUDGE |
|---|---|---|---|
| [x] Decided Cases: | VOS Selections, Inc., et. al | 25-cv-00066 (Ct. Intl. Trade) Affirmed V.O.S. Selections, Inc. v. Trump, 149 F.4th 1312, 1334 (Fed. Cir. 2025), affirmed, Learning Resources, Et Al. v. Trump, Nos. 24-1267 and 25-250, 607 U.S. ___ (2026). | Gary S. Katzmann, Judge Timothy M. Reif, Judge Jane A. Restani, Senior Judge |
| [X] Pending Cases: | Various | Various | 3JP; Unassigned |

*/s/  T. James Min II*
*Signature of Plaintiff's Attorney*

April 24, 2026
*Date*

(As amended, eff. Jan. 1, 1985; Jan. 25, 2000, eff. May 1, 2000; May 25, 2004, eff. Sept. 1, 2004; Nov. 29, 2005, eff. Jan. 1, 2006; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 4, 2012, eff. Jan. 1, 2013; Sept. 18, 2018, eff. Oct. 15, 2018; Oct. 23, 2025, eff. Dec. 1, 2025.)